Joseph Norris Clifton #147756
**Name and Prisoner/Booking Number**

A.S.P.C. Kingman - Cerbat Unit
**Place of Confinement**

P.O. Box 3009
**Mailing Address**

Kingman, Arizona 86402
**City, State, Zip Code**

(Failure to notify the Court of your change of address may result in dismissal of this action.)

```
┌─────────────────────────┐
│ ✓ FILED      ___ LODGED │
│ ___ RECEIVED ___ COPY   │
│                         │
│      FEB 2 1 2017       │
│                         │
│ CLERK U S DISTRICT COURT│
│   DISTRICT OF ARIZONA   │
│ BY_____DEPUTY│
└─────────────────────────┘
```

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Joseph Norris Clifton,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Arizona Dept. of Corrections,
(Full Name of Defendant)

(2) G.E.O. Group,

(3) Dr. Tariq Provider,

(4) _____,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV 16-08155 PCT PGR (JFM)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

Jury Trial Demanded

☐ Original Complaint
☐ First Amended Complaint
☒ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: Kingman, Arizona

Revised 3/11/16                          1                              **550/555**

ORIGINAL

## B. DEFENDANTS

1. Name of first Defendant: ARIZONA DEPT. OF CORRECTIONS. The first Defendant is employed as: CHARLES RYAN - DIRECTOR at KINGMAN-CORBAT
   <sub>(Position and Title)</sub>   <sub>(Institution)</sub>

2. Name of second Defendant: GEO GROUP. The second Defendant is employed as: as: PRIVATE PRISON INC. at KINGMAN, CORBAT
   <sub>(Position and Title)</sub>   <sub>(Institution)</sub>

3. Name of third Defendant: DOCTOR TARIQ, PROVIDER. The third Defendant is employed as: PROVIDER MEDICAL DEPARTMENT at KINGMAN CORBAT
   <sub>(Position and Title)</sub>   <sub>(Institution)</sub>

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____
   <sub>(Position and Title)</sub>   <sub>(Institution)</sub>

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?  ☒ Yes   ☐ No

2. If yes, how many lawsuits have you filed? __1__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: JOSEPH NORRIS CLIFTON v. ULIBARRI RUIZ ET AL.
      2. Court and case number: CV 15-08131 PCT-PGR(JFM)
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)
         DISMISSED W/O PREJUDICE

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2

## CAUSE OF ACTION
### COUNT #1

[1.] Mr. Clifton was denied due process of law under the eight and fourteenth amendments to the United States Constitution, where the institution coerced Mr. Clifton, under duress, by attempting to have him participate in W.B.P. "Work Based Programs."

[2] Count 1 - Threat to his safety

[3] Supporting Facts.

Plaintiff Joseph Norris Clifton was sentenced to 7½ years in the Department of Corrections, State of Arizona; not the Department of G.E.O.

Pursuant to "Americans with Disabilities Act, A.D.A., Title VI, and VII of the Civil Rights Act; and section 504 of the Rehabilitation Act of 1973; The Age of Discrimination Act of 1975; and Title II of the Genetic Information Nondiscrimination Act (GINA) of 2008: The Department prohibits discrimination in admissions, programs, services, or employment based on race, color, religion, sex, national origin, age, disability, genetics and retaliation. The Department must make a reasonable accommodation to allow a person with a disability to take part in a program, service or activity."

On or about June 25, 2013, I Mr. Clifton was sentenced to 7½ years in the Arizona Department of Corrections. I was transported to Yuma Complex, Cheyenne Unit. While at this unit, sometime during 2013, I did injur my ankle and had a difficult time as a result of this unit not being equipped for the disabled. I did inform the medical department of my disability, signed a release for my medical records, and was moved to Cibbat Unit; equipped for the disabled.

3

I was at Cibola for a while, and moved to LaPaz which is a longer 2 years. This unit is also handicapped equipped.

As a result of my disability, the Medical Department, and Administration, did not require me to participate in W.B.E.: Work Based Education.

On or about March 7, 2015, I was transported from Arizona Departments of Corrections, Yuma, LaPaz Unit; to a private prison complex in Kingman, Arizona.

My medical records were transported with me.

This institution which is now G.E.O., was/is aware of my age, and disability.

Mr. Clifton will show "deliberate indifference" by the medical department here at Kingman, Cerbat Unit.

Mr. Clifton is a sixty five year old senior citizen, disabled, and suffers from severe trauma to his feet, ankles, and lower back. All are chronic, permanent conditions.

Mr. Clifton has been on Social Security since sometime back in 2003, or early 2004; as a result of his inability to work.

This action taken by Mr. Clifton is taken against the Arizona Department of Corrections, and an action by a private person, who is authorized to exercise state authority.

Mr. Clifton states shortly after arriving in Kingman, Cerbat Unit he was scheduled to participate in W.B.E., Work Based Education.

Participation in these programs would present a serious threat to Plaintiff's safety. Also, this participation would put this institution at risk, and liable for injuries.

4

Therefore, Mr. Clifton had to refuse any and all contact with tools, and equipment that could cause serious bodily injury as a result of his injuries.

As a result of his concern for safety, and his refusal to participate, his phase was lowered, denied bed moves, moves, and privileges granted to others. Therefore, discriminating against him as a result of an already established disability.

Actions such as this is only for the benefit of the "Prisons for Profit" Agenda.

It doesn't make any logical sense for retired, disabled senior citizen to participate in work based education.

The decision that was made for me to participate in W.B.E., was the responsibility of the medical department, Doctor Terrio.

My disability was established by specialists, orthopedics, by M.E. and Social Security, back in 2004.

Currently, this complex does not provide W.B.E. for the disabled, that have physical limitations. We are considered expendient.

[4] Injury.

Mr. Clifton, Plaintiff, was not afforded the "Process" that is constitutionally "Due", and asks this court to recognize his heart felt distress, anxiety as a result of unfair treatment.

## E. REQUEST FOR RELIEF

State the relief you are seeking:

MR. CLIFTON IS SEEKING RELIEF AS RELATES TO A VIOLATION OF HIS CONSTITUTIONAL RIGHTS. HE REQUESTS THIS COURT GRANT HIM A REWARD FOR HIS ANXIETY OF A MONETARY AMOUNT THIS COURT DEEMS FIT. THIS ACTION NEEDS TO BE ADDRESSED IN A WAY THAT WILL PREVENT THIS INSTITUTION FROM USING THIS DISABLED TO SATISFY ITS AGENDA THAT WOULD ONLY BENEFIT ITS SHARE-HOLDERS.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2-16-17
DATE

SIGNATURE OF PLAINTIFF

JOSEPH NORRIS CLIFTON #147756
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

SIGNATURE OF PLAINTIFF

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6

( EXHIBITS )

# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Letter

Requests are limited to **one page** and **one issue**. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| CLIFTON JOSEPH | 147758 | Kingman - Cerbat | 3-7-16 |

**To:** H.S.A. Administration - Central Office
**Location:** 9-A-20

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

WHAT I NEED TO KNOW IS WHY MY PHASE WAS LOWERED?

I'M A 64 YEAR OLD MAN, DISABLED AND ON SOCIAL SECURITY.

THE MEDICAL DEPARTMENT HERE AT THIS UNIT IS MAKING DECISIONS ABOUT CUSTODY IN WHICH THEY LACK JURISDICTION.

PURSUANT TO THE EIGHT AMENDMENT, I WAS PUNISHED FOR A CRIME AND SENTENCED TO THE ARIZONA DEPARTMENT OF CORRECTIONS. NOT THE G.E.O. DEPARTMENT OF CORRECTIONS.

THIS ADDITIONAL PUNISHMENT WHICH IS IN VIOLATION OF EQUAL RIGHTS AND CRUEL AND UNUSUAL PUNISHMENT AS A RESULT OF MY ALREADY ESTABLISHED DISABILITY IS LUDICROUS IN THE LEAST.

FORMALLY IMPOSED PUNISHMENT IS UNCONSTITUTIONAL IF IT IS TOTALLY WITHOUT PENOLOGICAL JUSTIFICATION.

THIS MEDICAL DEPARTMENT HERE HAS COMPROMISED MY CONFINEMENT ISSUES IN VIOLATION OF THE A.D.A. ACT WHICH PROTECTS ME FROM DOCTORS WHO DON'T CONSIDER THE UNNECESSARY WANTON INFLICTION OF PAIN GROSSLY OUT OF PROPORTION WITH MY ABILITY.

MY PHASE WAS LOWERED AS A RESULT OF MY ALREADY ESTABLISHED DISABILITY BY DR. CARCOIL, MARICOPA MEDICAL CENTER, 2525 E. ROOSEVELT, PHOENIX, AZ. I WILL BE REQUESTING MY MEDICAL RECORDS FROM SOCIAL SECURITY ADMINISTRATION.

**Inmate Signature:** [signed] **Date:** 3-7-16

RECEIVED MAR 3 0 2016 Offender Services Bureau ADC

Have You Discussed This With Institution Staff? ☐ Yes ☐ No
If yes, give the staff member's name:

Distribution: Original - Master Record File
Copy - Inmate

916-1
5/14/12

**ARIZONA DEPARTMENT OF CORRECTIONS**
# Inmate Letter Response

*Received on 4-16-20* (handwritten)



| Inmate Letter # | Inmate Name (Last, First, mi) | ADC # | Facility: | Unit: | DateRecd: |
|---|---|---|---|---|---|
| IL-16-0108 | CLIFTON, JOSEPH | 147756 | KINGMAN | ASP-K CERBAT | 4/5/2016 |

Your correspondence dated 03/07/16 addressed to HSA Administration, Central Office was received 04/05/16 and forwarded to my office for review and response. You advise that your phase was lowered and you would like to know why.

In researching your concerns, I am advised that you were assigned to a Basic Construction class on 07/27/15 and after being advised of the phase one consequences, you signed a voluntary refusal to attend the class on 08/14/15, stating that medical doesn't recognize your SSI designation. As you were advised, refusal to attend programs results in a drop in phase. The Basic Construction class is 95% academic and you have successfully completed Personal Relationship, Cognitive Thinking for a Change, and Life Skills classes, demonstrating the ability to complete academic classes.

I am forwarding a copy of this correspondence to the Health Services Administrator for their additional review and any action considered necessary at this time. It is also being provided to the ADC Health Services Bureau monitor at ASP-Kingman for further follow up.

_____
**Vanessa Headstream, Program Evaluation Administrator, Health Services Contract Monitoring Bureau**

04/08/16
**Date**

cc: Complex Site Manager, KINGMAN

c.o. Master File

Friday, April 08, 2016

Page 1 of 1



# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Informal Complaint Resolution

*Complaints are limited to one page and one issue. Please print all information.*

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Clifton Joseph N. | 147756 | Kingman Cerbat | 3-28-16 |

| TO | LOCATION |
|---|---|
| C.M Rhodes | 9-A-20 |

**State briefly but completely the problem on which you desire assistance. Provide as many details as possible.**

TITLE II OF THE A.D.A. AMERICANS WITH DISABILITIES ACT PROHIBITS A "PUBLIC ENTITY FROM DISCRIMINATING AGAINST A QUALIFIED INDIVIDUAL WITH A DISABILITY" ON ACCOUNT OF THAT DISABILITY. THE MAJORITY OPINION WRITTEN BY JUSTICE SCALIA, HELD THAT THE A.D.A. COVERS INMATES IN STATE PRISONS. THE A.D.A. PLAINLY COVERS STATE INSTITUTIONS WITHOUT ANY EXCEPTION THAT COULD CAST THE COVERIDGE OF PERSONS IN DOUBT. SEE PENNSYLVANIA DEPT. OF CORRECTIONS V. YESKEY, 524 U.S. 206, 118 S. CT. 1952, 1953. THE A.D.A. ABROGATES STATE SOVEREIGN IMMUNITY SUBJECTING THE STATES TO LIABILITY FOR CONDUCT THAT VIOLATES THE FOURTEENTH AMENDMENT.

ON OR ABOUT AUGUST 2013 I SPRAINED AN ALREADY SEVERELY INJURED ANKLE IN CHEYENNE UNIT, YUMA. I HAVE BEEN PHYSICALLY DISABLED SINCE BACK IN 2003. THIS WAS DECIDED BY SPECIALISTS AT MARICOPA MEDICAL CENTER, DR. CARROLL, AND SEVERAL ORTHOPEDICS. THIS IS NOT A FEIGN ILLNESS. MY DISABILITY IS PERMINENT, NOT QUALIFIED. MY DISABILITY PURSUANT TO ESTABLISHED FEDERAL LAW ALLOWS ME TO FILE A DISCRIMINATION SUIT AT ANY TIME THAT REFLECTS DISCRIMINATION. ITS FOR THE SAFETY OF THE DEPARTMENT OF CORRECTIONS, AND MY SAFETY, AS A RESULT OF SPINAL DAMAGE, AND SQUARE FOOT DAMAGE. MY RECOVERY WAS IN DESERT TERRACE NURSING HOME ON 24 ST. PHOENIX ARIZONA, WHEELCHAIR RESTRICTED FOR SIX MONTHS. THE MOTIF AT THIS INSTITUTION DOES NOT COINCIDE WITH MY DISABILITY. THE UNCUSHIONED CHAIRS AGGRIVATE MY LOWER BACK CONDITION AS A RESULT OF COMPRESSION FRACTURS, AND NERVE DAMAGE. TO VILIFY MY CONDITION IS WANTON BEHAVIOR, AND I WILL BE NOTIFYING THE D.O.J. AND ASK FOR AN INVESTIGATION INTO THIS MATTER.

I AM BEING DENIED EQUAL TREATMENT TO CERTIAN ENTERTAINMENT AND STRIPED OF MY PHASE AS A RESULT OF MY DISABILITY. THIS IS CRUEL AND UNUSUAL PUNISHMENT. ADDITIONAL PUNISHMENT ON TOP OF BEING SENTENCED TO PRISON. SEE MONROE V. PAPE, 365 US. 167, 183 (1961) SEE ALSO HUTTO V. FINNEY, 437 U.S. 678, 685 (1978) - WAS THIS PART OF PUNISHMENT FOR MY CRIME.

| INMATE SIGNATURE | REMEDY - REINSTATE ME TO PHASE 3 | DATE (mm/dd/yyyy) |
|---|---|---|
| [signature] | | 3-28-16 |

Have you discussed this with institution staff?  ☒ Yes  ☐ No
If yes, give the staff member name:

Distribution: Original - Inmate
Copy - Grievance Coordinator File

(Denied)

802-11(e)
12/12/13

| ARIZONA DEPARTMENT OF CORRECTIONS<br>Inmate Informal Complaint Response | For Distribution: Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response. |
|---|---|
| Inmate Name *(Last, First M.I.)*<br>CLIFTON, JOSEPH | ADC Number<br>147756 |
| Institution/Unit<br>ASPC-K-CERBAT | |

| From<br>Case Manager Rhodes, B | Location<br>Dorm 9B A |
|---|---|

In response to your Informal Complaint Resolution dated 3/28/2016, regarding being reinstated to phase 3.

After investigating your issue by reviewing your programing record in AIMS. I found you refused a construction class on 8/14/2015 and dropped to phase 1.

Per policy 802.02

1.2  In the event an inmate is unable to resolve their complaint through informal means, he/she may submit an Informal Complaint on an Inmate Informal Complaint Resolution form to the Correctional Officer (CO) III in their respective unit. The Informal Complaint must be submitted within ten workdays from the date of the action which caused the complaint. The inmate shall attach copies of all documentation to support his/her complaint.

The refusal of class took place on 8/14/2015 and you had ten working days from then to start the grievance process. You are out of time frame. I consider this issue resolved.

Case Manager Rhodes, B
ASPC-K-Cerbat Dorm 9B

| Staff Signature<br>B. XX  C/M | Date<br>4/13/16 |
|---|---|

Distribution:  Original - Inmate
Copy – Grievance Coordinator File

802-12(e)
12/12/13



# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Grievance

**RECEIVED BY:** Rhodes, B
**TITLE:** Case Manager
**BADGE NUMBER:**
**DATE:** 4/14/16

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice

**INMATE NAME:** Clifton Joseph
**ADC NUMBER:** 147756
**DATE:** 4-13-16
**INSTITUTION/FACILITY:** Kingman Cerbat
**CASE NUMBER:** Not Assigned
**TO: GRIEVANCE COORDINATOR** Contract Beds

**Description of Grievance:**
I have been denied a bed move as a result of being a Phase One. The reason I am a Phase One is a result of a disability. I have covered this issue in my informal which shows when and how this came about, and the litigation involved. This issue go's back to 8-14-2015 as a result of my refusal to participate in a construction class. I am 64 years old, retired, disabled and on social security from a work based injury. To continue denying me equal privileges as a result of my inability to participate in work based programs is ludicrous. This denial constitutes deliberate indifference.

**Proposed Resolution:**
Restore my phase, or grant me equal privileges as would apply to others.

**Inmate's Signature:** [signed]
**Date:** 4-14-16

DISTRIBUTION: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL: White – Inmate; Canary – Grievance File

802-1
12/12/13



**The GEO Group, Inc. ®**

## ARIZONA STATE PRISON-KINGMAN

## ASPC-K CERBAT UNIT INMATE GRIEVANCE RESPONSE

**INMATE:** CLIFTON, JOSEPH N.          **ADC NUMBER:** 147756

**GRIEVANCE:**                          **DATE:** 04/29/2016

I have reviewed your Formal Grievance dated 04/14/2016 and am returning it unprocessed for the following reason:

Per Department Order 802.02.1.2: "In the event an inmate is unable to resolve their complaint through informal means, he/she may submit an Informal Complaint on an Inmate Informal Complaint Resolution form to the Correctional Officer (CO) III in their respective unit. The Informal Complaint must be submitted within ten workdays from the date of the action which caused the complaint. The inmate shall attach copies of all documentation to support his/her complaint."

You were issued a Refusal for the Construction class on 08/14/15. The documentation on AIMS states that you were informed of the phase one consequences at that time and signed anyway. Therefore, you had ten workdays from 08/14/15 to submit an Informal Complaint.

_____          4/29/16
NICHOLAS PASTELLA, DEPUTY WARDEN ASPC-K CERBAT UNIT     DATE

cc    BETTY BARNES, DW ASPC-KINGMAN MONITOR

# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Grievance Appeal

**Received** JUN 17 2016 Contract Beds Bureau

(To be completed by staff member initially receiving appeal)
Received by: RHODES, B
Title: CASE MANAGER
Badge #:
Date: 5/2/16

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

**PLEASE PRINT**

Inmate's Name (Last, First, M.I.): CLIFTON JOSEPH N.
ADC No.: 147756
Date: 5-2-16
Institution: KINGMAN CORBAS
Case Number: N/A - CM RHODES

TO: CONTRACT BEDS

I am appealing the decision of DEPUTY WARDEN PASTULLA for the following reasons:

AS A RESULT OF BEING DISABLED I AM BEING DENIED CERTAIN PRIVILEGES ALLOWED BY PHASE 3 INMATES. FEDERAL LAW PURSUANT TO THE A-O-A WHETHER IN THE D.O.C. OR NOT ALLOWS ME TO FILE A DISCRIMINATION SUIT AT ANY TIME THAT REFLECTS DISCRIMINATION. THERE SEEMS TO BE A LARGE DEGREE OF DELIBERATE INDIFFERENCE WHERE I HAVE MADE ADMINISTRATION AWARE OF THIS PROBLEM AND HAVE BEEN MET WITH TOTAL DISREGARD FOR MY SAFETY AND WELFARE. FOR SOME REASON I CONTINUE TO BE PSYCHOLOGICALLY AND PHYSICALLY PUNISHED AS A RESULT OF MY DISABILITY. PLEASE REINSTATE MY PHASE 3 THAT I HAVE EARNED SINCE I CAME HERE TO KINGMAN. SEE INFORMAL RESOLUTION

Inmate's Signature: [signed]
Date: 5-2-16
Grievance Coordinator's Signature: [signed]
Date: 05/05/2016

Response To Inmate By:
Location:

**RECEIVED MAY 05 2016 By CPS Brown**

Staff Signature:
Date:

DISTRIBUTION:
INITIAL: White & Canary - Grievance Coordinator
Pink - Inmate
FINAL: White - Inmate
Canary - Grievance File

802-3P
2/14/00



# Arizona Department of Corrections

1601 WEST JEFFERSON
PHOENIX, ARIZONA 85007
(602) 542-5497
www.azcorrections.gov

DOUGLAS A. DUCEY
GOVERNOR



CHARLES L. RYAN
DIRECTOR

## INMATE GRIEVANCE APPEAL: TO THE CONTRACT BEDS BUREAU DIRECTOR

Inmate Name: <u>CLIFTON, JOSEPH N.</u>   ADC No.: <u>147756</u>   Case No: <u>N/A</u>
Institution: <u>ASPC Kingman</u>                                   Date Received: <u>06/17/2016</u>

I am returning this Grievance Appeal to you as unprocessed based on the following information in DO802.02 INFORMAL COMPLAINT RESOLUTION;

1.1 Inmates shall attempt to resolve their complaints through informal means including, but not limited to, discussion with staff in the area most responsible for the complaint or through the submission of an Inmate Informal Complaint Resolution, Form 802-11.

1.2 In the event an inmate is unable to resolve their complaint through informal means, he/she may submit an Informal Complaint on an Inmate Informal Complaint Resolution form to the Correctional Officer (CO) III in their respective unit. The Informal Complaint must be submitted within ten workdays from the date of the action which caused the complaint. The inmate shall attach copies of all documentation to support his/her complaint.

In review of the documentation, you did not complete the Inmate Informal Complaint within the time frames specified outlined in DO 802.02 sections 1.1 and 1.2.

_____                          06/27/2016
Credio, Ron, Contract Beds Deputy Bureau Administrator        Date

cc.   Grievance Coordinator
      C.O. Inmate File

9-A-20
Co III
ESTERLINE



# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Letter Response

*For distribution: Copy of corresponding Inmate Letter must be attached to this response.*

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER |
|---|---|
| CLIFTON, JOSEPH N. | 147756 |

| INSTITUTION/UNIT |
|---|
| ARIZONA STATE PRISON – KINGMAN / CERBAT UNIT |

| FROM (Last, First M.I.) (Please print) | LOCATION |
|---|---|
| MCWILLIAMS, C., OFFENDER OPERATIONS DIVISION DIRECTOR | CENTRAL OFFICE |

I am in receipt of your inmate letter to Director Ryan dated July 18, 2016, regarding various complaints about your treatment at ASP-Kingman. Your letter has been forwarded to me so that I may respond on his behalf.

You made a number of vague statements, but it is not clear what you are specifically asking for. After a review of your circumstances with several different areas, I can offer the following findings:

1. Contrary to your statement, ADC Department Orders concerning the security and management of inmates do apply to GEO at ASP-Kingman.

2. Inmates may be moved to a different housing location, including a different dorm or bed, based on the needs of the Department and the duties (or medical needs) of the inmate. For example, inmate workers assigned to night crews might be moved, to better allow them to get up early for their work assignments.

3. Every inmate's program, work, disciplinary, and phase history is different. Inmates who have completed their programs, remained discipline-free, and improved their phase will have greater work opportunities than those who have not. Phase 2 and 3 inmates do have greater privileges than Phase 1 inmates. On the other hand, refusing to attend a mandatory program, or major disciplinary violations, will result in a reduction of phase. If you believe your Phase level is incorrect, you can request a review through your Case Manager.

4. You state you can't work, yet you are not listed by Medical as having any disability. The only medical paperwork that would have any bearing on the bunk you are assigned has expired. If you feel you are disabled or have other medical needs, you should submit a Health Needs Request to Medical. Be sure to provide sufficient detail, so any medical issues you have may be properly assessed.

5. You are not being disciplined, as you have not had a ticket in over two years. I will not restore your phase. You will be eligible for a change in phase according to ADC policy. Refer to Department Order 809, Earned Incentive Program.

6. Contrary to your statement, ADC is an Equal Opportunity Employer. Refer to Department Orders 502, Equal Opportunity, and 108, Americans with Disabilities Act Compliance.

Should you have any issues in the future, I strongly encourage you to submit an inmate letter to your Case Manager.

CLR 2016 815 92043660

| STAFF SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| *[signed] C. McWilliams* | 8/2/16 |

Distribution: Original – Master File
Copy - Inmate

916-2(e)
5/14/12

# REQUEST FOR A BED MOVE

## COMPLETE ALL FIELDS OR REQUEST WILL NOT BE CONSIDERED

DATE: 10-3-16

NAME: Joseph Clifton   ADC#: 147756   PHASE: ?

CURRENT JOB: N/A

CURRENT HOUSING: 9-A-20

REQUESTED BEDS

1ST: 9-A-19

2ND: _____

3RD: _____

**DENIED**

YOU MUST BE A PHASE 2 OR 3 AND IN YOUR CURRENT BED FOR A MINIMUM OF 6 MONTHS BEFORE REQUESTING A BED MOVE, UNLESS U HAVE OBTAINED A NIGHT JOB. ALL INFORMATION WILL BE VERIFIED. IF YOUR MOVE IS DENIED YOU WILL RECEIVE THE REQUEST BACK EXPLAINING THE REASON FOR DENIAL. DENIALS ARE BASED OFF RACIAL BALANCE, PHASE, AND DATE OF ARRIVAL TO ASPC-KINGMAN/CERBAT IN THAT ORDER. ALL REQUESTS MUST GO THROUGH YOUR CASE MANAGER. BEDS ARE NOT SAVED, IF ITS NOT AVAILABLE THE DAY OF MOVEMNET IT WILL BE DENIED.

**PORTION MUST BE COMPLETED BY CASE MANAGER TO BE CONSIDERED:**

DATE OF LAST MOVE: 3-3-15   PHASE: 2   DATE OF ARRIVAL TO CERBAT: 3-3-15

VERIFIED BY: CO III M. Miller   DATE: 10-3-16

**ACCOUNTABILITY WILL COMPLETE AND RETURN TO CASE MANAGER IF INMATE IS DENIED:**

YOUR MOVE IS DENIED DUE TO

RACIAL BALANCE: X   PHASE: _____   BED IS OCCUPIED: _____

OTHER: _____

# <u>REQUEST FOR A BED MOVE</u>

### <u>COMPLETE ALL FIELDS OR REQUEST WILL NOT BE CONSIDERED</u>

DATE 6-14-16

NAME Joseph N. Clifton     ADC # 147756   PHASE 1

CURRENT JOB -0-

CURRENT HOUSING 9-A-20

REQUESTED BEDS

1ST 9-B-22

2ND _____

3RD _____

**DENIED**

<u>YOU MUST BE IN YOUR BED FOR A MINIMUM OF 6 MONTHS BEFORE REQUESTING A BED MOVE, UNLESS YOU HAVE OBTAINED A NIGHT JOB. ALL INFORMATION WILL BE VERFIED. IF YOUR MOVE IS APPROVED YOU WILL BE MOVED THE SCHEDULED DAY. IF YOUR MOVE IS DENIED YOU WILL RECEIVE THE REQUEST BACK EXPLAINING THE REASON FOR DENIAL. PHASE DENIALS ARE BASED ON, RACIAL BALANCE, PHASE, AND DATE OF ARRIVAL TO ASPC-KINGMAN/CERBAT IN THAT ORDER. ALL REQUESTS MUST GO TO YOUR CASE MANAGE.</u>

**PORTION MUST BE COMPLETED BY CASE MANAGER AND TURNED INTO ACCOUNTABILITY:**

DATE OF LAST MOVE 3-3-15    PHASE 1    DATE OF ARRIVAL TO CERBAT 3-3-15

VERIFIED BY CM Y. Miller     DATE 6-20-16

**ACCOUNTABILITY WILL COMPLETE THIS PORTION AND RETURN TO INMATE IF DENIED:**

Received on 6-29-16

YOUR MOVE IS DENIED DUE TO

RACIAL BALANCE _____   PHASE  X   BED IS OCCUPIED _____

OTHER _____